THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffrey Caulder, Appellant.
 
 
 

Appeal From Dillon County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No.  2011-UP-223
Submitted May 1, 2011  Filed May 18, 2011 

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville, for Respondent.
 
 
 

PER CURIAM: Jeffrey Caulder appeals his convictions for three counts of unlawful neglect of a child, arguing the trial court erred by failing to sever
the three counts.  After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.